**Opinion issued October 1, 2013**



In The

# Court of Appeals

For The

## First District of Texas

———————————

### NO. 01-13-00614-CV

———————————

**CECIL R. PORTER AND PS FABRICATORS, LLC, Appellants**

**V.**

**ANTHONY GRIFFIN, A. GRIFFIN LAWYERS, ANTHONY P. GRIFFIN, INC., LAWYERS, AND ANTHONY P. GRIFFIN, INC., A PROFESSIONAL CORPORATION, Appellees**

---

On Appeal from the 23rd District Court
Brazoria County, Texas
Trial Court Case No. 71412

---

## MEMORANDUM OPINION

Appellants, Cecil R. Porter and PS Fabricators, LLC, have filed a motion to dismiss the appeal. No other party has filed a notice of appeal, and no opinion has issued. Further, although appellants failed to include a certificate of conference in

their motion, more than 10 days have passed and no party has responded to the motion.  *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a).

Accordingly, we grant the motion and dismiss the appeal.  *See* TEX. R. APP. P. 42.1(a)(1).  We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Bland and Huddle.